# EXHIBIT B

Redacted

### COLUMBIA DEBT RECOVERY

**POTENTIALLY NEGATIVE**



## Account Info

| | |
|---|---|
| Account Name | **COLUMBIA DEBT RECOVERY** |
| Account Number | **PRS0GSXXXXXXXXXXXXXXX** |
| Account Type | **Collection** |
| Responsibility | **Individual** |
| Date Opened | **10/18/2023** |
| Status | **Collection account. $263 past due as of Dec 2023.** |
| Status Updated | **Oct 2023** |
| Balance | **$263** |
| Balance Updated | **12/19/2023** |
| Recent Payment | **-** |
| Monthly Payment | **-** |
| Original Balance | **$260** |
| Highest Balance | **-** |
| Terms | **1 Months** |
| On Record Until | **Jun 2029** |

## Payment History

|      | J | F | M | A | M | J | J | A | S | O | N | D |
|------|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | — | — | — | — | — | — | — | — | — | — | — | **C** |

**C**  Collection

**Payment history guide**

Collection as of Dec 2023, Dec 2023

This account is scheduled to continue on record until Jun 2029.



## Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| **Dec 2023** | **$262** | **$0** | **$0** |

### Additional info

The original amount of this account was $260

## Historical Info

| | |
|---|---|
| Original Creditor | **THE LUMEN OH** |