# EXHIBIT C

**File Number:** Redacted
**Date Issued:** 12/09/2023

**TransUnion**

## Personal Information

**SSN:** Redacted

You have been on our files since 08/18/2008
**Date of Birth:** Redacted

**Names Reported:** BRANDON MERRILL EVANS

**Addresses Reported:**
**Address**
Redacted

**Date Reported**
08/17/2008

**Telephone Numbers Reported:**
Redacted

## Account Information

Typically, creditors report any changes made to your account information monthly. This means that some accounts listed below may not reflect the most recent activity until the creditor's next reporting. This information may include things such as balances, payments, dates, remarks, ratings, etc. The key(s) below are provided to help you understand some of the account information that could be reported. Pay Status represents the current status of accounts and indicates how you are currently paying. For accounts that have been paid and closed, sold, or transferred, Pay Status represents the last reported status of the account.

### Rating Key

Some creditors report the timeliness of your payments each month in relation to your agreement with them. The ratings in the key below describe the payments that may be reported by your creditors. Any rating that is shaded indicates that it is considered adverse. Please note: Some but not all of these ratings may be present in your credit report.

| N/R | X | OK | 30 | 60 | 90 | 120 | COL | VS | RPO | C/O | FC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Not Reported | Unknown | Current | 30 days late | 60 days late | 90 days late | 120+ days late | Collection | Voluntary Surrender | Repossession | Charge Off | Foreclosure |

### Remark Key

Additionally, some creditors may notate your account with comments each month. We refer to these creditor comments as "Remarks". The key below gives the descriptions of the abbreviated remarks contained in your credit file. Any remark containing brackets >< indicates that this remark is considered adverse.

CBC  ACCOUNT CLOSED BY CONSUMER          CLO  CLOSED

## Accounts with Adverse Information
Redacted

**GENESIS CREDIT MANAGEMEN** #PRS0 Redacted       **** ( 906 SE EVERETT MAILL WAY, STE 301, EVERETT, WA 98208, (866) 863-9194 )
**Placed for collection:** 10/18/2023          **Balance:** $262                              **Pay Status:** >In Collection<
**Responsibility:** Individual Account          **Date Updated:** 12/05/2023
**Account Type:** Open Account                  **Original Amount:** $260
**Loan Type:** COLLECTION AGENCY/ATTORNEY       **Original Creditor:** THE LUMEN OH (Rental/Leasing)
                                                **Past Due:** >$262<

**Remarks:** >PLACED FOR COLLECTION<
Estimated month and year that this item will be removed: 08/2029

## Satisfactory Accounts
Redacted

To dispute online go to: http://transunion.com/disputeonline

J4634_001 E00518-I007027 002/008