Case: 5:24-cv-00410-DAP  Doc #: 1-4  Filed: 03/04/24  1 of 1.  PageID #: 21

## Account Review Inquiries

Redacted

**COLUMBIA DEBT RECOVERY** ( 906 SE EVERETT MALL WAY, STE 31, EVERETT, WA 98208, (425) 429-2671 )
Requested On: 10/19/2023

Redacted