UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

**Approved.
It is SO ORDERED.
s/*Dan Aaron Polster*
United States District Judge
April 24, 2024**

BRANDON M. EVANS, on behalf of himself and all others similarly situated,

    Plaintiff,

vs.

COLUMBIA DEBT RECOVERY, LLC,

    Defendant.

CIVIL ACTION

File No. 5:24-cv-00410-DAP

NOTICE OF VOLUNTARY DISMISSAL

Plaintiff hereby notifies the Court that the parties have reached a settlement agreement. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff BRANDON M. EVANS, through counsel, hereby files this Voluntary Dismissal with Prejudice with regard to Defendant, COLUMBIA DEBT RECOVERY, LLC. The dismissal of all claims on behalf of any putative class are made without prejudice.

This 24th day of April 2024.

/s/*Seth M. Lehrman*
Seth M. Lehrman
ND Ohio No. FL132896
LEHRMAN LAW
951 Yamato Road, Suite 285
Boca Raton, FL 33431
(954) 323-2066
seth@lehrmanlaw.com

Robert W. Murphy, Esq.
ND Ohio No. FL717223
LAW OFFICE OF ROBERT W. MURPHY
440 Premier Circle, Suite 240
Charlottesville, Virginia 22901
(434) 328-3100 / (954)763-8660
rwmurphy@lawfirmmurphy.com